447 F.2d 147
 77 L.R.R.M. (BNA) 2736, 65 Lab.Cas. P 11,779
 NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
PAYMASTER OIL MILL CO., a Division of Anderson, Clayton &
Co., Inc., Respondent.
 No. 30867.
 United States Court of Appeals, Fifth Circuit.
 June 1, 1971.
 
 Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., Washington, D.C., Charles M. Paschal, Director Region 15, N.L.R.B., New Orleans, La., Edward Wendel, Atty., N.L.R.B., Washington, D.C., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Elliott Moore, Atty., N.L.R.B., for petitioner.
 Louis A. Fuselier, Emile Co. Ott, Jackson, Miss., for respondent; Fuselier, Hector & Ott, Jackson, Miss., of counsel.
 Application for enforcement of an order of the National Labor relations board.
 Before GEWIN, BELL and MORGAN, Circuit Judges.
 PER CURIAM:
 
 Enforced. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966